IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PALBOCICLIB PATENT LITIGATION | MDL No. 19-2912 (CFC) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS WORLDWIDE DMCC, and CADILA HEALTHCARE, LTD,<br><br>    Defendants. | C.A. No. 20-1396 (CFC) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD, SUN PHARMA GLOBAL FZA, and SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>    Defendants. | C.A. No. 20-1407 (CFC) |

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA, INC., and EUGIA PHARMA SPECIALTIES LTD.,<br><br>　　　　　　Defendants. | C.A. No. 20-1528 (CFC) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.,<br><br>　　　　　　Defendants. | C.A. No. 20-1530 (CFC) |

2

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V., <br><br>    Plaintiffs, <br><br> v. <br><br>AIZANT DRUG RESEARCH SOLUTIONS PVT. LTD. and MAKRO TECHNOLOGIES, INC., <br><br>    Defendants. | C.A. No. 21-34 (CFC) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V., <br><br>    Plaintiffs, <br><br> v. <br><br>NATCO PHARMA INC. and NATCO PHARMA, LTD., <br><br>    Defendants. | C.A. No. 21-78 (CFC) |

3

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V., <br><br>              Plaintiffs, <br><br>     v. <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED, <br><br>              Defendants. | C.A. No. 21-139 (CFC) |
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V., <br><br>              Plaintiffs, <br><br>     v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LTD, SUN PHARMA GLOBAL FZA, and SUN PHARMACEUTICAL INDUSTRIES, INC., <br><br>              Defendants. | C.A. No. 21-285 (CFC) |

4

| | |
|---|---|
| PFIZER INC., WARNER-LAMBERT COMPANY LLC, PF PRISM C.V., PFIZER MANUFACTURING HOLDINGS LLC, and PF PRISM IMB B.V., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC. and MYLAN INC., <br><br> Defendants. | C.A. No. 21-839 (CFC) |

**JOINT CLAIM CONSTRUCTION CHART**

Plaintiffs Pfizer Inc., Warner-Lambert Company LLC, PF PRISM C.V., Pfizer Manufacturing Holdings LLC, and PF PRISM IMB B.V. (collectively "Plaintiffs") and the Defendants in the above-captioned Actions (collectively "Defendants") respectfully submit this Joint Claim Construction Chart, attached hereto as Exhibit A, which provides Plaintiffs' and Defendants' proposed construction for the disputed claim term[1] in U.S. Patent No. 10,723,730 ("the '730 patent") and an identification of supporting intrinsic evidence.

---

[1] The parties agree that, consistent with the Court's practice, any contention by Defendants that a claim is indefinite shall be resolved along with, and in the same manner as, the other validity issues in this case.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Megan E. Dellinger* | */s/ Kenneth L. Dorsney* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) <br> Megan E. Dellinger (#5739) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> mdellinger@morrisnichols.com <br><br> *Attorneys for Plaintiffs* | Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com <br><br> *Attorneys for Defendants Aurobindo Pharma, Ltd., Aurobindo Pharma USA, Inc., and Eugia Pharma Specialities, Ltd.* |
| RICHARDS LAYTON & FINGER, P.A. | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
| */s/ Renée Mosley Delcollo* | */s/ Megan C. Haney* |
| _____ | _____ |
| Kelly E. Farnan (#4395) <br> Renée Mosley Delcollo (#6442) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> 302-651-7700 <br> farnan@rlf.com <br> delcollo@rlf.com <br><br> *Attorneys for Natco Pharma, Inc., Natco Pharma, Ltd., Sun Pharmaceutical Industries, Ltd. and Sun Pharmaceutical Industries, Inc.* | John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc., Zydus Worldwide DMCC, and Cadila Healthcare Limited* |

| | |
|---|---|
| STAMOULIS & WEINBLATT, LLP | BAYARD, P.A. |
| */s/ Stamatios Stamoulis* | */s/ Stephen B. Brauerman* |
| _____ | _____ |
| Stamatios Stamoulis (#4606) | Stephen B. Brauerman (#4952) |
| Richard C. Weinblatt (#5080) | 600 King Street, Suite 400 |
| 800 North West Street, Third Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 655-5000 |
| (302) 999-1540 | sbrauerman@bayardlaw.com |
| stamoulis@swdelaw.com | rgolden@bayardlaw.com |
| weinblatt@swdelaw.com | |
| | *Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |
| *Attorneys for Defendants Aizant Drug Research Solutions Pvt. Ltd., MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* | |

POTTER ANDERSON & CORROON LLP

*/s/ Stephanie E. O'Byrne*

_____
David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*

July 30, 2021

# EXHIBIT A

## U.S. Patent No. 10,723,730

| Claim Term and Applicable Claims | Plaintiffs' Proposed Construction and Intrinsic Evidence | Defendants' Proposed Construction and Intrinsic Evidence |
|---|---|---|
| "a crystalline free base of 6-acetyl-8-cyclopentyl-5-methyl-2-(5-piperazin-1-yl-pyridine-2-ylamino)-8H-pyrido[2,3-d]pyrimidin-7-one"<br><br>Claims 1–21 | No construction necessary. | "a crystalline free base of 6-acetyl-8-cyclopentyl-5-methyl-2-(5-piperazin-1-yl-pyridin-2-ylamino)-8H-pyrido[2,3-d]pyrimidin-7-one, prior to formulation with any pharmaceutical carrier, diluent, or excipient" |
| | **INTRINSIC EVIDENCE:**<br><br>'730 patent at Abstract, 1:15–24, 2:1–11, 3:24–35, 6:36–41, 6:45–58, 6:59–10:51, 20:46–24:64, 37:1–67, 38:1–39:22, 42:60–44:34.<br><br>File History of the '730 patent:<br>• Publication No. WO2014/128558 (*see* PFIZER_IBR_10000203 to PFIZER_IBR_10000263)<br>• November 9, 2017 Preliminary Amendment (*see* | **INTRINSIC EVIDENCE:**<br><br>'730 patent at 2:1-11; 6:42-58, 17:15-33, 19:30-64; 19:46-52; 19:60-64; 21:33-46; 22:42-23:48; 40:8-40.<br><br>File history of the '730 patent:<br>• Nov. 13, 2018 Amendment and Argument at 6-7.<br>• Brian Chekal Declaration under 37 C.F.R. 1.132. |

|  | PFIZER_IBR_10000268 to PFIZER_IBR_10000273)<br>- June 13, 2018 Office Action (*see* PFIZER_IBR_10000280 to PFIZER_IBR_10000288)<br>- November 13, 2018 Applicant Amendment and Response, including Declaration under 37 C.F.R. § 1.132 and associated exhibits (*see* PFIZER_IBR_10000296 to PFIZER_IBR_10000356; PFIZER_IBR_10000489 to PFIZER_IBR_10000494)<br>- November 13, 2018 Information Disclosure Statement and Attachments (*see* PFIZER_IBR_10000359 to PFIZER_IBR_10000482)<br>- March 6, 2019 Notice of Allowance (*see* PFIZER_IBR_10000496 to PFIZER_IBR_10000506)<br>- April 11, 2019 Request for Continued Examination (*see* PFIZER_IBR_10000524 to PFIZER_IBR_10000529)<br>- May 3, 2019 Notice of Allowance (*see* PFIZER_IBR_10000531 to PFIZER_IBR_10000541) |  |

|  | <ul><li>September 17, 2019 Petition under 37 CFR § 1.313(c) (*see* PFIZER_IBR_10000555 to PFIZER_IBR_10000556)</li><li>September 17, 2019 Request for Continued Examination, Information Disclosure Statement, and attachments (*see* PFIZER_IBR_10000557 to PFIZER_IBR_10001224)</li><li>March 18, 2020 Notice of Allowance (*see* PFIZER_IBR_10001244 to PFIZER_IBR_10001250)</li></ul> |  |
|---|---|---|